No. 03-14-00354-CV


COURT OF APPEALS

THIRD DISTRICT OF TEXAS


FEDERAL NATIONAL MORTGAGE ASSOCIATION,

A/K/A FANNIE MAE


Plaintiff-Appellee,

v.


MEERA SINGH and SAM HOUSTON,


Defendant-Appellant.


ON APPEAL FROM COUNTY COURT 4 WILLIAMSON COUNTY
TEXAS

TRIAL COURT CASE NO. 14-0635-CC4


HOMEOWNER APPELLANTS NOTICE OF THEIR PETITION FOR

REVIEW TEXAS SUPREME COURT


RECEIVED

JAN 1 4 2015

THIRD COURT OF APPEALS
JEFFREY D. KYLE

Notice is hereby given that Sam Houston, Appellant in the above captioned case, hereby Petitions to the Texas Supreme Court for a review of the entire matter and of the entered by the 3rd Texas Court of Appeals in this action on 12/23/14.

By: _____

DATED: January 10, 2015

Sam Houston
Pro Se
PO Box 19814
Austin, TX 78760-9814
Samhouston7@hotmail.com

CERTIFICATION OF ELECTRONIC SERVICE TO Mark D. Hopkins, Esq on the above date.

sh



# COURT OF APPEALS

## THIRD DISTRICT OF TEXAS
P.O. BOX 12547, AUSTIN, TEXAS 78711-2547
www.txcourts.gov/3rdcoa.aspx
(512) 463-1733

J. WOODFIN JONES, CHIEF JUSTICE
DAVID PURYEAR, JUSTICE
BOB PEMBERTON, JUSTICE
JEFF L. ROSE, JUSTICE
MELISSA GOODWIN, JUSTICE
SCOTT K. FIELD, JUSTICE

JEFFREY D. KYLE, CLERK

December 10, 2014

Ms. Meera Singh
PO Box 19814
Austin, TX 78760-9814

Mr. Sam Houston
PO Box 19814
Austin, TX 78760-9814
\* DELIVERED VIA E-MAIL \*

RE:   Court of Appeals Number:   03-14-00354-CV
       Trial Court Case Number:   14-0635-CC4

Style:   Meera Singh and Sam Houston
         v. Federal National Mortgage Association a/k/a Fannie Mae

Dear Mr. Houston and Ms. Singh:

Appellants are requested to forward the $15.00 filing fee for appellants' motion for rehearing *en banc* on or before **December 22, 2014**. *See* Tex. R. App. P. 5.

Very truly yours,

JEFFREY D. KYLE, CLERK

BY: *E. Talerico*
Liz Talerico, Deputy Clerk

cc:   Mr. Mark D. Hopkins

THIRD DISTRICT OF TEXAS
P.O. BOX 12547, AUSTIN, TEXAS 78711-2547

Mr. Sam Houston
PO Box 19814
Austin, TX 78760-9814

